UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brett Post, | No. 2:20-cv-01174-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| John F. Otto, Inc., | |
| Defendant. | |

After further review, the court has determined oral argument is needed on the pending motion for summary judgment at ECF No. 11.  A hearing on that motion is therefore **set for January 21, 2022 at 10:00 a.m.** before the undersigned.

IT IS SO ORDERED.

DATED: December 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE